# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| BRIAN G. EDENFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-307(MTT) |
| Captain PETTY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 11) of United States Magistrate Judge Charles H. Weigle  The Magistrate Judge, having reviewed the Plaintiff's Complaint pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends (a) dismissing the Plaintiff's claims against the Baldwin County Jail because it is not a legal entity subject to suit; (b) dismissing the Plaintiff's claims regarding grievance procedures because the Plaintiff does not have a constitutional right to participate in the prison grievance procedures; (c) dismissing the Plaintiff's request that this court "fire the officers" and "lock [them] up" because that is not relief that this Court can provide; and (d) allowing the Plaintiff's claims against Defendants Petty, Hargrove and Lee to proceed.  The Plaintiff has objected to the Recommendation (Doc. 13).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Plaintiff's claims against Baldwin County Jail are dismissed. The Plaintiff's claims against Defendants Petty, Hargrove and Lee may proceed.

**SO ORDERED**, this the 7th day of January, 2011.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

jch