IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRIAN G. EDENFIELD,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-307(MTT) |
| **OFFICER HARTGROVE,** *et al.,* | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on Magistrate Judge Charles H. Weigle's Recommendation. (Doc. 29). The Magistrate Judge recommends dismissing the Plaintiff's action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failing to prosecute his action and failing to comply with the Court's orders. The Plaintiff has not objected to the Recommendation.

After a thorough review, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Plaintiff's action is dismissed with prejudice.

**SO ORDERED**, this the 4th day of January, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT